**John J. O'NEILL, Petitioner/Appellant,**

v.

**Mary Frances O'NEILL, Respondent/Respondent.**

No. 62858.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 9, 1993.

Richrd J. Burke, Jr., Padberg, McSweeney, Slater & Merz, St. Louis, for petitioner/appellant.

Jeffrey S. Scheckter, Schecter & Watkins, Clayton, for respondent/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Husband appeals from the maintenance portion of a dissolution decree. We affirm. The judgment of the trial court is supported by substantial and competent evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).